Assistant Attorney General, *T. B. Wright,* Executive Assistant Attorney General, *Charles B. Swanner* and *Howard M. Fender,* Assistant Attorneys General, for respondent.

No. 1328, Misc. FRENCH *v.* ILLINOIS. Sup. Ct. Ill.

No. 1369, Misc. GREGORY *v.* NEW YORK. Ct. App. N. Y. Petitioner *pro se. Benj. J. Jacobson* for respondent.

No. 1438, Misc. NOVAK *v.* ILLINOIS. Sup. Ct. Ill. *Sam Adams* for petitioner.

No. 1616, Misc. BROWN *v.* ARKANSAS. Sup. Ct. Ark. Petitioner *pro se. Bruce Bennett,* Attorney General of Arkansas, and *Jack L. Lessenberry* for respondent.

No. 53, Misc. HANSHAW *v.* ARIZONA ET AL. Sup. Ct. Ariz. Petitioner *pro se. Darrell F. Smith,* Attorney General of Arizona, *William E. Eubank,* Chief Assistant Attorney General, and *Gary K. Nelson,* Assistant Attorney General, for respondents.

No. 172, Misc. STILL *v.* CALIFORNIA. Sup. Ct. Cal. Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, and *Edward P. O'Brien* and *Robert R. Granucci,* Deputy Attorneys General, for respondent.

No. 194, Misc. SCHLETTE *v.* CALIFORNIA ET AL. Sup. Ct. Cal. Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, *Doris H. Maier,* Assistant Attorney General, and *Raymond M. Momboisse,* Deputy Attorney General, for respondents.

No. 201, Misc. LOPEZ *v.* CALIFORNIA; and

No. 226, Misc. IN RE WINHOVEN. Sup. Ct. Cal. Reported below: 62 Cal. 2d 368, 398 P. 2d 380.

No. 258, Misc. CHILDRESS *v.* BETO, CORRECTIONS DIRECTOR. Ct. Crim. App. Tex. *William E. Gray* for petitioner. *Waggoner Carr,* Attorney General of Texas,